UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JAMES TRANKLE**<br>(a/k/a "John Davis"),<br><br>*Defendant.* | Case No.<br><br>**FILED UNDER SEAL** |

### GOVERNMENT'S *EX PARTE* MOTION FOR LIMITED SEALING OF THE INDICTMENT AND OTHER PLEADINGS, WARRANTS, FILES, AND RECORDS, AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion for limited sealing of the accompanying Indictment, bench warrants, as well as all other pleadings, warrants, records, and files in this case, including the instant motion to seal and any order on the motion, and to delay entry on the public docket of this motion to seal and all related matters. Specifically, the government requests a sealing order with a narrow exception that will permit the government to disclose the existence of the Indictment, bench warrants, as well as other records and files in this case, to the extent that is necessary to effectuate the defendants' arrest and extradition. In support of this motion, the government states as follows:

1. The Indictment charges the defendants with the violation of 18 U.S.C. § 1349 (Conspiracy); 18 U.S.C. § 1341 (Mail Fraud);18 U.S.C. § 1344 (Bank Fraud); and 18 U.S.C. § 1028A (Aggravated Identity Theft) in addition to Criminal Forfeiture 18 U.S.C. §§ 981(a)(1)(C),

981(a)(2)(A); 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p)).

2. The Indictment charges the defendant with committing the above-referenced violations in connection with registering fraudulent non-profit organizations and trade names. The defendant sent solicitations via U.S. mail to thousands of potential donors—i.e., victims—nationwide asking for the recipients to send personal checks as donations to his fraudulent non-profits and deposited personal checks from the victims into bank accounts that he controlled at financial institutions. Additionally, the defendant printed additional unauthorized counterfeit checks payable to his fraudulent charities that were drawn against the victims' personal checking accounts.

3. The government respectfully submits that premature public disclosure of the indictment and related material, and the warrants and the existence of the cases, could compromise ongoing investigations and could undermine the development of critical evidence in those investigations. *See United States v. Hubbard*, 650 F.2d 293, 208 U.S. App. D.C. 399 (D.C. Cir. 1981); *In re Sealed Affidavits*, 600 F.2d 1256 (9th Cir. 1979); *Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975). *Cf. In re Search Warrants issued on May 21, 1987*, 1990 WL 113874 (D.D.C. 1990) (information released after the government agreed there was no further need for secrecy). The government further submits that these circumstances present a compelling government interest under *Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and that said governmental interest requires sealing the indictment and all other pleadings, warrants, records, and files in this case, as well as delay in the public docketing of the filing of these sealed pleadings and the accompanying order. Finally, the government submits that these circumstances will remain until the initial appearance of the defendants.

WHEREFORE, it is respectfully requested that this motion be granted.

          Respectfully submitted,

          Matthew M. Graves
          United States Attorney

          By: /s/*JOHN W. BORCHERT*
          JOHN W. BORCHERT
          Assistant United States Attorney
          D.C. Bar Number 472824
          United States Attorney's Office
          555 Fourth Street, N.W.
          Washington, D.C. 20530
          Telephone: (202) 252-7679
          Email: john.borchert@usdoj.gov

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

Matthew M. Graves
United States Attorney

By: /s/*JOHN W. BORCHERT*
JOHN W. BORCHERT
Assistant United States Attorney
D.C. Bar Number 472824
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7679
Email: john.borchert@usdoj.gov