AO 442 (Rev. 01/09) Arrest Warrant

11356697

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

U.S. MARSHAL-DC AM11:5
RECEIVED NOV 17 '21

United States of America
v.
**JAMES TRANKLE**
a/k/a "JOHN DAVIS"

_Defendant_

) Case: 1:21-cr-00675
) Assigned to: Judge McFadden, Trevor N.
) Assign Date: 11/16/2021
) Description: INDICTMENT (B)
) Related Case No: 21-cr-00130 (TNM)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   **JAMES TRANKLE**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy);
18 U.S.C. § 1341 (Mail Fraud);
18 U.S.C. § 1344 (Bank Fraud); and
18 U.S.C. § 1028A (Aggravated Identity Theft)
Criminal Forfeiture
18 U.S.C. §§ 981(a)(1)(C), 981(a)(2)(A);
28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p))

Date: 11/16/2021

_Signed_ Robin M. Meriweather

_Issuing officer's signature_

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) 11/17/21, and the person was arrested on (date) 6/15/22
at (city and state) Las Vegas, NV.

Date: 7/13/22

_Arresting officer's signature_

USMS for USPIS
_Printed name and title_