# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-675 |
| JAMES TRANKLE, | ) |
| | ) Judge: Harvey |
| | ) |
| Defendant. | ) Hearing date: July 18, 2022 |

## UNOPPOSED MOTION TO CONTINUE BOND HEARING

COMES NOW James Trankle, through counsel, and requests the continuance of the bond hearing currently scheduled for July 18, 2022, and the setting of a new bond hearing later this week, either 1) the afternoon of July 21, 2022; or 2) the morning of July 22, 2022. As reasons therefor, defendant states as follows:

1. This matter is currently scheduled for a bond hearing this afternoon, July 18, 2022.

2. Undersigned counsel would request that the bond hearing be continued to later this week, either to the afternoon of July 21, 2022, or the morning of July 22, 2022, if possible, or another time convenient to the court. The reason is that undersigned counsel has been unable to reach his client. Specifically, undersigned counsel has attempted to have a scheduled videoconference with the Northern Neck Regional Jail on two occasions this week. Mr. Trankle was a no-show to both video

1

conferences. After those missed conference, counsel has been made aware (from the family of a different client also in Northern Neck Regional Jail), that the video conference system is currently not working and has been down for about a week. To undersigned counsel's knowledge, there was no indication this was the case within Securus, the computer system which allows for the scheduling of video conferences. Accordingly, counsel is going to have to travel to Northern Neck prior to the hearing in order to be properly prepared for the hearing.[1]

    3. Undersigned counsel has coordinated schedules with AUSA Borchert, and the parties wish for the July 18, 2022, hearing to be continued to either the afternoon of Thursday, July 21, 2022, or the morning of Friday, July 22, 2022. Between then and now, counsel intends to travel to Northern Neck to meet his client in person, if and when Northern Neck returns his call to set an in-person appointment (voicemails to do so to the facility this morning have not yet been replied to at this time).

    4. Undersigned counsel has reached out to AUSA John Borchert who does not oppose the motion.

---

[1] Undersigned counsel's contact had also been complicated by the fact that counsel was unable to schedule a hearing last week because Mr. Trankle's name did not appear in the Securus video conference list online. Counsel reached out to AUSA Borchert who was unable to provide a reason why that was the case (i.e., if Mr. Trankle was in another jurisdiction). Voice messages to the facility were not responded to, so counsel eventually reached out to chambers as a last resort. Your Honor's chambers were extremely helpful in this regard (for which we are grateful), and they were able to determine that the issue was that Northern Neck had misspelled his name within its system. The facility has him under the name James TRENKLE rather than James TRANKLE, thus making him impossible to find him in the system. Once this was discovered, undersigned counsel set the two futile video conference appointments up. Regretfully, had counsel been made aware of the video issues, travel could have been arranged to see Mr. Trankle this weekend, but it was too late by the time counsel got the information about the wrong name.

WHEREFORE, Mr. Trankle requests that the bond hearing in this matter to be continued until July 21 or 22, 2022 or to another time convenience to the court.

Respectfully submitted,

JAMES TRANKLE
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for James Trankle
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 18th day of July, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for James Trankle
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

3