Children's Leukemia of America Foundation
1300 Pennsylvania Ave. N.W. Bldg 190 STE 625
Washington, DC 20004

CLAF
2015
PLEDGE
KIT



Because It Matters...

**Donations to** Children's Leukemia of America Foundation **are fully 100% Tax Deductible 501(c)3 47-3568842**

**100% of your donation goes directly to** Children's Leukemia of America Foundation

Dear ▮▮▮▮▮

We are pleased when you respond positively to our fund drive, most do. You should know that 100 % of all pledges go directly to, Children's Leukemia of America Foundation, (CLAF - Fund) and are tax deductable under section 501(c)3-47-3568842. Generous suggested pledges of $35.00 from citizens like you benefit members, non members, and the community with resources:

- Leukemia is the most common cancer in children and teens accounting for almost 1 out of 3 cancers.
- VA Medical Centers maintain some of the most advanced treatment facilities available for the care of the children of our active duty service members and veterans.
- About 3 out of 4 leukemia's among children and teens are acute lymphocytic leukemia (ALL). Most of the rest are acute myelogenous.
- ALL is most common in early childhood, peaking between 2 and 4 years of age. Cases of AML are more spread out across the childhood years, but this type of leukemia is slightly more coming during the first 2 years of like and during the teenage years.
- Leukemia causes more deaths than any other cancer among children and young adults under the age of 20.
- More than 310,000 Americans are living with leukemia.
- Funding doctor prescribed or recommended or referred therapies, medications or equipment.
- Provide for the needs of both active duty and veterans and their family members when their child is being treated at the VA.
- Based in Washington, D.C., providing the widest reach possible for our education and awareness programs.
- The general welfare of the organization.

Supporting the work and raising awareness of Childhood Leukemia and Cancer issues with a focus on the armed forces families, is greatly appreciated. Please take a moment to retain the top portion for your records the day you receive this request and return the pledge card below in the envelope provided with your check made payable to CLAF - Fund.

$35.00 – Appeal - 7/20/2015- Waukesha - Children's Leukemia of America Foundation
P.S.   **On behalf of** Children's Leukemia of America Foundation, **thank you again!**

p d 3/15
7/3/15
35 ºº