1668
79-8247/2750

7/31/15
Date

Pay to the order of Childrens Leukemia of America Foundation    $ 35.00

Thirty Five and no/100 —————————————— Dollars

APPLETREE CREDIT UNION
WEST ALLIS, WI 53214

For_____

⑁550⑁ 1668

---

## CHILDREN'S LEUKEMIA OF AMERICA FOUNDATION



Children's Leukemia of America Foundation
1300 Pennsylvania Ave N.W.
Bldg 190 STE 625
Washington, DC 20004

**Checks are payable to**
CLAF

Please send by: 12/31/2015
**Pledge Amount: $35.00**
Pledge Date: 7/20/2015
REF# 4



Pledge: Monthly Start Jan Recur

We are grateful for your support. Thank you.

Please return this form with your check

2-3-2016 ✓ #3442 BBT