

Type A Films

New Line Cinima

Warner Brothers
Legendary Pictures

STX Films
Huayi Brothers Pictures

First Attempted Murder against me Dec 6 2004 to present.

▮

Cape Fear Lodge of the Fraternal Order of Police
MD State Fraternal Order of Police

▮

Fraternal Order of Police
▮ – Script Supervisor on Thomas Crown Affair written by ▮ of Limitless

Every single person is being charged with death penalty crimes. None of you will drug me or try to kill me again, that I am sure of.

You are right. 2.2 billion + is enough for you nutjobs to take me out, and if it is enough for you to take me out, then I have no choice but to take all of you out. Now, I am on defense. Expect the marshals to come seize everything all of you have.

Everyone else will be sued.